**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 09-50548 |
| Plaintiff - Appellee, | D.C. No. 2:07-cr-00298-PA |
| v. | |
| SHARROD BOLTON, a.k.a. Sharrod Bolten, | MEMORANDUM[*] |
| Defendant - Appellant. | |

Appeal from the United States District Court
for the Central District of California
Percy Anderson, District Judge, Presiding

Submitted October 19, 2010[**]

Before:     O'SCANNLAIN, TALLMAN, and BEA, Circuit Judges.

Sharrod Bolton appeals from his 21-month sentence imposed upon revocation of supervised release. We have jurisdiction under 28 U.S.C. § 1291, and we affirm.

---

[*]     This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36-3.

[**]     The panel unanimously concludes this case is suitable for decision without oral argument. See Fed. R. App. P. 34(a)(2).

Bolton contends that the district court did not provide an adequate statements of reasons for the sentence in excess of the policy statement range. To the contrary, the district court explicitly noted that Bolton blatantly breached the court's trust and that he poses a significant risk to the community. Thus, the district court did not procedurally err. *See United States v. Musa*, 299 F.3d 1096, 1101-03 (9th Cir. 2000).

**AFFIRMED**.